UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 06532
    HENRY C DINKINS
    LOQUATOR B DINKINS                    CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-8951    SSN XXX-XX-4981

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/12/2007 and was confirmed 08/15/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/12/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 14302.84 | .00 | 4541.56 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2600.12 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1039.73 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 225.35 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2070.29 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1081.91 | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED CREDIT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL CREDIT NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2552.96 | .00 | .00 |
| NSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| LEADING EDGE RECOVERY SO | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTIONS SYS | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 157.64 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENCE FINANCIAL LLC | UNSECURED | 2728.39 | .00 | .00 |
| NICOR GAS | UNSECURED | 256.34 | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 171.00 | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENCE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 955.83 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| SHELL/CITI | UNSECURED | NOT FILED | .00 | .00 |
| SOCIAL SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 8771.56 | .00 | .00 |
| GMAC | UNSECURED | 6957.83 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1968.03 | .00 | .00 |
| RESURGENCE CAPITAL | UNSECURED | 1482.52 | .00 | .00 |
| PRA RECEIVABLES MGMT | UNSECURED | 1603.36 | .00 | .00 |
| DAVID J AXELROD & ASSOC | UNSECURED | 2745.68 | .00 | .00 |
| RESURGENCE FINANCIAL LLC | UNSECURED | .00 | .00 | .00 |
| OLIPHANT FINANCIAL CORP | UNSECURED | 27.97 | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 2,000.00 | | 2,000.00 |
| TOM VAUGHN | TRUSTEE | | | 508.44 |
| DEBTOR REFUND | REFUND | | | .00 |

           Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------

TRUSTEE                    7,050.00

PRIORITY                                            .00
SECURED                                        4,541.56
UNSECURED                                           .00
ADMINISTRATIVE                                 2,000.00
TRUSTEE COMPENSATION                             508.44
DEBTOR REFUND                                       .00
                        --------------      --------------

                 PAGE  2 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 06532 HENRY C DINKINS & LOQUATOR B DINKINS

TOTALS                           7,050.00              7,050.00


    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 02/25/09             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE